UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AUBREY DAPHNESS,

                        Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS;
RIKERS ISLAND ARDC - C-74;
CORRECTION OFFICER MARTINEZ BADGE #18376;
CORRECTION OFFICER COVINGTON BADGE #17730;
CORRECTION OFFICER DANDRIGE BADGE #18153;
THE CITY OF NEW YORK;

                       Defendants.
------------------------------------------------------------------X

**ORDER**

08 Civ. 3650 (WHP)

      Plaintiff submitted a request to proceed *in forma pauperis* with his complaint. Plaintiff's request to proceed *in forma pauperis* is granted.

      SO ORDERED.

                                            WILLIAM H. PAULEY III
                                           United States District Judge
                                                    MAY 28, 2008

Dated: MAY 28, 2008
        New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08

*Copy mailed to:*

Aubrey Daphness
(# 07-R-4435)
Groveland Correctional Facility
L-3 46B
Sonyea, NY 14556
PRO SE